UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| GREGORY JOHNSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 7:19-CV-70-REW |
| v. | ) | |
| | ) | |
| ANDREW SAUL, COMMISSIONER | ) | ORDER |
| OF THE SOCIAL SECURITY | ) | |
| ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

The Court, on review of the Commissioner's motion to dismiss (DE 23), is aware of a recent Sixth Circuit appeal advancing issues identical to those presented in the instant matter. *See Potter v. Comm. of Social Security*, No. 20-5550 (6th Cir. appeal docketed May 26, 2020). In the interest of judicial efficiency and economy, the Court **ORDERS** the parties to file a status report by **October 16, 2020** informing the Court of their position on staying a DE 23 ruling pending resolution of the appeal.

This the 8th day of October, 2020.



Signed By:
*Robert E. Wier*
United States District Judge